JOHN D. HIGGINBOTHAM,
 SBC No. 204179
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083

LORI IRISH BAUMAN, SBC No. 116990
JAMES B. DAVIDSON, OSB No. 011225
 *Admitted Pro Hac Vice*
ATER WYNNE LLP
1331 N.W. Lovejoy Street, Suite 900
Portland, Oregon  97209-3280
Telephone:  (503) 226-1191
Telecopier:  (503) 226-0079

Attorneys for Plaintiff
NW PIPE COMPANY

CROWELL & MORING LLP
DANIEL T. CAMPBELL
 *Admitted Pro Hac Vice*
1001 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile:   (202) 628-5116

MICHAEL Y. KAO, SBC No. 235263
515 S. Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile:   (213) 622-2690

Attorneys for Defendant
DEWOLFF, BOBERG &
ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NW PIPE COMPANY, an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEWOLFF, BOBERG AND ASSOCIATES, INC., a Delaware corporation,<br><br>Defendant. | Case No.  5:10-cv-00840-GHK (DTBx)<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

As the parties have agreed that discovery in this action is likely to involve production of confidential, proprietary, commercially sensitive, or otherwise private information for which protection from public disclosure and from use for any purpose not related to this litigation may be warranted and have stipulated as

1  such, the Stipulated Protective Order signed by said parties is hereby ordered as to
2  the terms and conditions set forth in said Stipulation.

3                      IT IS SO ORDERED:

7  DATED: January 18, 2011      _____
8                                                JUDGE DAVID T. BRISTOW